UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOSEPH MILLER, No. 12481-424,

    Petitioner,

v.

ERIC WILLIAMS, Warden,

    Respondent.

Case No. 23-cv-296-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Joseph Miller's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is dismissed with prejudice.

**DATED: June 6, 2023**        MONICA A. STUMP, Clerk of Court

                                        s/Tina Gray, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**